*May Term, 1857.*

*CRUM v. BOYD.*

---

## CRUM and Others *v.* BOYD.

An agent who binds himself personally to pay, will be liable, although the consideration may move to his principal.

APPEAL from the *Wayne* Court of Common Pleas.

GOOKINS, J.—Action by *Boyd* against *Crum* and others, on a promissory note.

The defendants answered that at the time the note was given, they were agents for a railroad company; that the plaintiff executed to said company a deed, conveying to the corporation the right of way for the road, through the plaintiff's land; that the making of said conveyance was the only consideration for the note; that the plaintiff well knew at the time, that the defendants had no interest in the transaction except as agents of the company; and that it was understood that they were not to be personally liable on the note.

To this answer a demurrer was sustained, and judgment rendered for the amount of the note and interest—from which the defendants appeal.

*Saturday, June 6.*

VOL. IX.—19

An agent who binds himself personally to pay, will be liable, although the consideration may move to his principal.

*Per Curiam.*—The judgment is affirmed, with 7 per cent. damages and costs.

*J. Rariden,* for the appellants.

*O. P. Morton* and *L. Develin,* for the appellee.